**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 10-256-08, -09, -20 (RMC)** |
| | ) | |
| **NOE MACHADO-ERAZO,** | ) | |
| **JOSE MARTINEZ-AMAYA,** *and* | ) | |
| **YESTER AYALA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**PROTECTIVE ORDER**

Now before the Court is the Government's Motion for Protective Order as to

Proposed Expert Witness, Dkt. 114.  In its motion, the Government asks the Court for permission

"to withhold the identity and personal information of a proposed expert witness," Juan Diaz,

whom the Government anticipates offering as an expert witness "on the leadership, nature and

activities of MS-13 in El Salvador [and] its relationship to MS-13 in the United States."  Gov't

Mot. at 1, 6.  On June 17, 2013, the Court held an *ex parte*, sealed hearing, at which Mr. Diaz

testified.  Upon consideration of the government's motion, the sealed affidavit of Mr. Diaz, *see*

Dkt. 117, and defendants' opposition, *see* Dkt. 123, and concluding that Mr. Diaz's testimony

established imminent and grave risk to his safety and his family's safety if his real name were

used,

**ORDERED** that the Government's Motion for Protective Order as to Proposed

Expert Witness, Dkt. 114, is **GRANTED.**  The Government's proposed expert witness will be

permitted to testify at trial using the pseudonym "Juan Diaz."  The Government may withhold

from Defendants and Defendants' counsel the true identity of this witness, and any personal

identifying information, including but not limited to: home and work address, specific

employment, date of birth, El Salvadoran identification number, and place of birth; and it is

**FURTHER ORDERED** that counsel for Defendants may not in any way seek to

elicit testimony or seek to admit evidence before the jury concerning the expert witness's true

identity or the fact that his identity before the jury is a pseudonym.

The Court will expand upon its reasoning in a Memorandum Opinion to be issued

promptly.

DATE: June 17, 2013

_____
/s/
ROSEMARY M. COLLYER
United States District Judge