**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**TOKIRO RODAS-RAMIREZ** ***and***
**MOISES HUMBERTO RIVERA-LUNA,**

*Defendants.*

**Case No. 10-cr-256-14, -16 (RCL)**

**NOTE TO JURY**

In response to your question, there is no list of admitted exhibits that I am able to provide to you.

Date: December 12, 2025

Royce C. Lamberth
United States District Judge