UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:10-cr-00256-RCL
)
MOISES HUMBERTO RIVERA-LUNA )
and TOKIRO RODAS-RAMIREZ, )
)
Defendants. )
_____________________________ )

PARTIAL TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 2
(Opening Statements)
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Tuesday - December 2, 2025
2:54 p.m. - 4:08 p.m.
Washington, DC

**FOR THE GOVERNMENT:**
Office of the United States Attorney
Violent Crime and Narcotics Trafficking Section
BY: NIHAR MOHANTY and LAKEITA ROX-LOVE
555 4th Street, NW, Room 4120
Washington, DC 20530

**FOR DEFENDANT RIVERA-LUNA:**
Law Offices of Alfred Guillaume, III, LLC
BY: ALFRED GUILLAUME, III
1350 Connecticut Avenue, NW, Suite 308
Washington, DC 20036

---

**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

**FOR DEFENDANT RODAS-RAMIREZ:**

Law Office of Robert Feitel
BY: ROBERT A. FEITEL
1300 Pennsylvania Avenue, NW, #1505
Washington, DC 20008

Law Office of Sandi Rhee
BY: SANDI S. RHEE
10001 Georgetown Pike, Suite 63
Great Falls, Virginia 22066

(Proceedings took place that are not included in this partial transcript, after which, proceedings continued as follows.)

OPENING STATEMENT BY COUNSEL FOR THE GOVERNMENT

MR. MOHANTY: May it please the Court, counsel, ladies and gentlemen of the jury. Good afternoon.

Ladies and gentlemen, this case takes us back to 2008. It was a different time in some ways. The President of the United States was George W. Bush, or as I always called him "George Bush, II."

In November of that year, President Obama would win the election. Closer to our home, our football team was still called the Redskins, and they were having a down year. Our baseball team, the Nationals, were also having a down year. And the Wizards, they were the Wizards.

In other news that year, Apple introduced the iPhone. And in celebrity news, Beyonce married Jay-Z.

A lot has changed since 2008; a lot has remained the same. One of the things that has remained the same is the presence then and now of a street gang known as MS-13.

You will learn in this case that MS-13 is not your typical gang. It's not a couple of guys that hang out and control the street corner or two in a city. No, it is an international and national gang.

Its leaders are generally in El Salvador. Many of

them are incarcerated in El Salvador, and they control the gang from there through various cliques or chapters. You will learn that there are approximately 300 different cliques in MS-13, the Normandy clique, the Western clique, the Hollywood clique, many others.

And these cliques have different locations, different branches, one here in Washington, DC, another branch of the Normandy clique in Los Angeles, Oakland, Houston, New York, but all one clique and all under MS-13.

And you will learn that MS-13, as you probably can guess, engages in criminal activity. They make money through dues that members pay. They make money through extortion, selling drugs. And the money that they make in those local cliques is sent back sometimes to El Salvador, to the leaders who are incarcerated. And the money is used to buy weapons, weapons that are used by other cliques, other gang members.

Ladies and gentlemen, you will learn too that throughout its history, MS-13 has prided itself on being the most dangerous gang in the world. As you can guess, there are several rules that the gang members follow, what you have to do to join, what you have to do to move up in rank in the gang, what is expected of you as a gang member, attending meetings, paying dues.

But the two biggest rules are these: Number one, kill rival gang members any chance you get. Now, if a rival gang

member happens to be standing next to a police officer, you're not expected to kill him, but if you have the opportunity to kill a rival gang member, that is what you are supposed to do and that is what you are required to do.

The second big rule is do not cooperate with police. If you break the rules, especially rule number two, that gang member, in all likelihood, will get what is known as a green light, and that means that the leadership of the gang has authorized other gang members, regardless of clique, to kill that person for violating the rules.

This trial will largely be about the role that these two men had in the gang. Mr. Moises Humberto Rivera-Luna seated here with his lawyer and Tokiro Rodas-Ramirez seated here with his lawyers, you will learn that they were both members of the Normandy clique of MS-13.

Ms. Battle, could you bring up the first photo, please.

Ladies and gentlemen, this photo shows -- can you see that on your screens? This photo shows several members of the Normandy clique in Cheverly, Maryland in the late summer of 2008. Some of the people in that photo are from different cliques, but they were all there in that park together.

Mr. Rodas-Ramirez is sitting in the back row in the center in a white t-shirt with his hands folded together on his knee. You will learn that at that time he was what was called

the "second word" of the clique. He was the second in command of the local clique.

The gentleman, moving to my right, in the back row in a white t-shirt sitting behind a younger man in kind of a light blue t-shirt is Dennis Gil-Bernardez. At that time, he was the leader, the "first word" of the Normandy clique here in the DC/Maryland area.

You will learn that nicknames are important to the gang. In each clique there should only be one nickname per gang member, and they usually call themselves by the nicknames, not Dennis Gil-Bernardez, but by his nickname. Dennis Gil-Bernardez's nickname was Pando. Mr. Rodas-Ramirez's nickname was Perverso.

But the overall leader of clique was this man, Mr. Rivera-Luna. Though he's not in that picture, he was the overall leader of the clique, not only the Normandy clique, not only here in Maryland and DC and Virginia, but over the entire United States. And he ran the clique from his jail cell in El Salvador.

You will learn that most of the people in this picture did not know him by his full legal name. Instead, they knew him as Viejo Santos, old saint. But they took orders from him, they listened to him at clique meetings when he would talk to them through a cell phone that was put on speaker by Dennis Gil-Bernardez. They pooled their money together from their

dues from their illegal activity and they sent it via Western Union to his wife and to his girlfriend in El Salvador.

You will learn that he used that money for gang business, buying guns, buying cell phones for other gang leaders in the jail. You will learn -- you will hear from a gang member who knew him not just by Viejo Santos, but knew his first name and knew details about his life from here in the United States.

And you will hear from an El Salvadoran police officer who met with him personally and knew him by his full name as well as Viejo Santos.

Ms. Battle, could you go to the next picture, please.

Ladies and gentlemen, this is an example of the first rule of the clique, the first main rule of the clique that I mentioned: Kill rival gang members whenever you have the chance.

This is the 1200 block of Quincy Street, Northwest here in DC. You will learn on that April 7, 2008, a young man named Dimas Perez was walking down the sidewalk. It was about 5:00 in the evening. It was still light out, broad daylight. He was by himself, but there were a few other people out walking their dogs, going for a walk.

At that time, Mr. Rodas-Ramirez drove by. With him in his car were other members of the Normandy clique, including Dennis Gil-Bernardez. One of the clique members in that car

said, "There goes a Surenos." You will learn that Surenos is a rival gang. And the clique member who said that to Dennis Gil-Bernardez thought that Dimas Perez was a rival gang member.

And that was all it took, because Mr. Rodas-Ramirez stopped the car, Dennis Gil-Bernardez got out with a handgun, and he went up to Dimas Perez and he shot him, "bang," multiple times. Dimas Perez ran away and fell to the ground.

Dennis Gil-Bernardez, Mr. Rodas-Ramirez, and the others fled in that car. You will learn that Dimas Perez is very lucky. A police officer who happened to be in the neighborhood doing other things heard the shots and ran to him, and he stopped the bleeding until the ambulance could come and take him away.

Mr. Perez actually made a full, complete recovery, and oddly, some would say, he later joined MS-13, not the same clique as these guys, but a different clique, known as the Sailors clique that operated here in DC.

Ms. Battle, could you go to the next picture, please.

A few months later, on July 29, 2008, Dennis Gil-Bernardez, Tokiro Rodas-Ramirez again followed rule number one, kill rival gang members whenever you have the chance. This time the two of them were in nearby Riverdale, Maryland. They both had guns. They were there with other gang members.

And they were there near an apartment complex where his sister-in-law lived. And they were there in particular

because someone from a rival gang had threatened her, had said something to her.

And so when a young man named Luis Chavez Ponce rode by that night, he was on a bike, he was wearing a red t-shirt, he had a bandana folded on his shoulder, you will learn that that was enough to make him think -- to make them think he was a rival gang member. And so as he walked his bike around the back of that building that you see on that diagram, again, Dennis Gil-Bernardez followed him with a handgun, and, again, "bang," four times. Mr. Ponce was not as lucky as Mr. Perez, and he died on the scene while they fled.

Because this is a conspiracy case, some of the crimes you're going to hear about did not involve these two men themselves. One of those cases happened just a few months later.

Ms. Battle, go to the next picture.

Reston, Virginia, October 6, 2008, again, "Kill rival gang members whenever you have the chance." Dennis Gil-Bernardez was there that day with two other members of the Normandy clique, and they saw two rival gang members, and they saw a third guy named Malcolm Wilson, who happened to be at the wrong place at the wrong time.

They were sitting at a picnic table. Mr. Gil-Bernardez came up to them, and using the same gun that he used to kill Mr. Ponce, he shot those three men. Luckily,

they survived.

Go to the next picture, please, Ms. Battle.

This is 11th and Otis Street, Northwest here in DC. On November 6, 2008, late in the evening, in this case, the gang followed one of the other main rules of the gang, "Kill anybody that has a green light." You will learn that another gang member, another member of the Normandy clique named Luis Membrano Zelaya, his nickname was Brujo, he was a member of their gang, he had gone to parties with them, he had hung out with them. Mr. Rivera-Luna decided that he had broken some rules when he was in El Salvador, and he told that to Dennis Gil-Bernardez.

He said that Mr. Membrano Zelaya, Brujo, had stolen guns and money from the gang. He told that to Dennis Gil-Bernardez, who told it to the other members of the Normandy clique and other members of the Sailors clique, a couple of whom happened to be at a Normandy clique meeting.

So even though they were friends with Mr. Membrano Zelaya, even though they had partied with him, even though they had hung out with him, the order was kill him. And that night, a group of Sailors were in an apartment building there having a couple of beers, smoking a little weed. As they left the apartment building, they saw their fellow gang member, but they knew he had a green light and they knew what they were supposed to do.

They walked him out, acting like they were friends with him, and one of them came up behind him, put his arm to his neck and took him to the ground. Others held him down. One of them covered his mouth while two of them stabbed him repeatedly, and they left him to die on that cold street.

After that, big changes happened to the Normandy clique November and December of 2008. Dennis Gil-Bernardez got arrested. So did other gang members from that clique in connection with what they had done in Reston and other places.

Some of them got deported, but other members of the gang rose up to take their place. And new leaders were appointed and approved by Mr. Rivera-Luna from his cell in El Salvador.

About a year and a half later, after Mr. Zelaya was killed, on March 28, 2010, the gang again followed his orders to kill somebody.

Go to the next picture, Ms. Battle.

You will learn that a young man named Felipe Enriquez was a member of the Normandy clique here in the DC area. He had attended a clique meeting, and you will learn that he broke one of the rules, he brought a weapon, a knife, to the meeting. He was new to the clique in this area and he brought a knife.

And during the meeting, he took it out of one pocket and put it in the other. But he shouldn't have brought a weapon, because that shows you're not brothers, it shows you're

not trusting of everybody.

That message was conveyed to Mr. Rivera-Luna, and you will hear how irate he was about that, that he had broken the rules and that the local clique members, the people he had installed as the new leaders of the clique after Pando, Dennis Gil-Bernardez got arrested, how they didn't punish him on the spot for what he did. And he told the new leader of the clique, "You have 13 days to eat chicken." And you will learn that is code for, "You have 13 days to kill someone."

And so that's what they did. On March 28th, three members of the Normandy clique lured Mr. Enriquez to that wooded area that you see on your screen in Silver Spring, Maryland near Rocky Gorge, they lured him into the woods, and they shot him repeatedly. And they left him to die while they left.

You can take that down, Ms. Battle.

Ladies and gentlemen, we will prove to you in this case that the defendants are guilty beyond a reasonable doubt. They are guilty as charged in the indictment. They are guilty of RICO conspiracy.

As to Mr. Rodas-Ramirez, he is guilty of assault with a dangerous weapon in aid of racketeering, and the related firearms charge.

And you will know that they are guilty when you follow all the evidence in this case, use your common sense to

evaluate the evidence, and you follow the law as Judge Lamberth will instruct you.

And after Judge Lamberth instructs you, you will know that they are guilty, even though neither of them personally shot at any of these victims and neither of them personally stabbed any of these victims. They are guilty because they purposely joined MS-13, they engaged and agreed with its criminal objectives, its racketeering, its pattern of racketeering, and they engaged in these things as things that they wanted to bring about.

Now, how will we prove that? The evidence in this case, like all cases, will be a mix of witnesses. You will hear from some law enforcement officers that investigated these cases. You will hear from an MS-13 expert who will tell you about how the gang operates, its history, its structure, its rules.

You will hear from some of the witnesses that happened to be at these different locations that I have discussed with you, and they will tell you what they saw and what they heard.

You will hear from their fellow gang members, cooperating witnesses, fellow MS-13 members that knew them and will talk to you about how the gang operated and how these particular violent acts unfolded. They will give you inside information as to how it happened.

Judge Lamberth will instruct you that you should

evaluate that testimony carefully, because I'll be blunt with you, they are getting something in return for their testimony. Some of them pled guilty. Some of them have been sentenced already. And you will learn that they, in some cases, received lower sentences than they might otherwise expect.

Some of them received immigration benefits in exchange for their cooperation. You will hear their testimony for yourself, and you will judge it for yourselves and decide whether they are telling the truth.

Judge Lamberth will instruct you that if you believe the testimony of a cooperating witness, you can convict on that testimony alone. We won't ask you to do that. Their testimony will be corroborated, will be confirmed by many different ways.

You will see search warrants that were executed where photographs and letters confirm what the cooperators will tell you. You will learn that some of the cooperators came forward when they learned that they had been green lit, where members of their family had, and you can use that in judging why they are testifying the way they are.

What's more, ladies and gentlemen, you will learn that agents developed a confidential source, another gang member, and, on occasion, he wore a small mic. He wore that mic to clique meetings. He wore that in speaking to a cooperating witness in this case.

So long before there was any charges brought against

anybody, long before there was any incentive to testify one way or the other, you will hear what those gang members said about what they did and why.

Judge Lamberth has told you that you would hear wiretap calls in this case. You will learn that the agents leading this investigation obtained authority to monitor the phone of Jorge Solorzano. He was appointed by Mr. Rivera-Luna, Viejo Santos, to take over the clique in this area after Dennis Gil-Bernardez was arrested.

Mr. Solorzano is Mr. Gil-Bernardez's brother-in-law. You will hear some of the calls between Mr. Solorzano and other gang members where they would talk about extortion, selling drugs, sending money back to El Salvador to Viejo Santos. And they talk about what Viejo Santos said to them and what he wants them to do.

And you will hear Mr. Rodas-Ramirez discuss the plans to smuggle him back into this country. And you will hear him discuss the people, the list of people who he thinks are cooperating and what needs to be done to them.

And you will hear Mr. Rivera-Luna, Mr. Viejo Santos, say, "You have 13 days to eat chicken." And you will hear him say about a witness who will testify in this case on that stand, "Junior has a green light, his lamp is lit," and you will know what that means.

Let me tell you what this case is not about, what you

will not hear. This is not CSI Washington, DC. There will be no fingerprint evidence. There will be no DNA evidence. There will be no blood splatter evidence. The way these crimes unfolded, that kind of evidence is simply not useful to proving identity.

For the most part, too, you will not hear from the victims in this case or their families. Ladies and gentlemen, the evidence will come in piece by piece, brick by brick. There will be some gaps in the bricks as memories fade when people are talking about events that happened 17, 15 years ago. I will warn you, too, that the evidence will not come in in the neat, chronological, orderly fashion that I crave so much.

To accommodate the witnesses' schedules, to accommodate your schedules, to be efficient with your time, we won't be able to do that. You may hear from a witness from the Dimas Perez shooting, and the very next witness might be talking about the murder of Mr. Chavez Ponce. We will try to avoid that, but that will happen sometimes.

But ladies and gentlemen, the evidence will come in, and, after you have heard all of it, testimony of the eyewitnesses, the expert testimony, the testimony of the medical examiners, in one case, the testimony of a cell site expert, the wiretaps, the consensual recordings, the testimony of the cooperators, when you hear all of that evidence, and use your common sense, and you follow the law as Judge Lamberth

will instruct you, you will know that they are guilty.

And we will simply ask that you hold them responsible for what they did. Thank you.

THE COURT: Okay. I think in light of the hour, we'll take a short convenience recess before we hear from the defendants. Ten minutes.

(Jury absent)

(Recessed from 3:24 p.m. to 3:42 p.m.)

(Begin bench conference)

THE COURT: I just wanted counsel to know I did not observe 12 being fast asleep. I did notice her nodding once in a while. I instructed the courtroom deputy to just say to the jurors, if you see someone next to you nodding or looking like they are sleepy, just nudge them to make sure everyone stays alert at all times. So we'll leave it at that for now.

(End bench conference)

(Jury present)

THE COURT: You may be seated.

We'll have defense openings now. You may proceed.

OPENING STATEMENT BY COUNSEL FOR DEFENDANT RIVERA-LUNA

MR. GUILLAUME: Thank you, Your Honor. May it please this Court, counsel, good afternoon, ladies and gentlemen. My name is Alfred Guillaume, and I have the honor and pleasure of representing Mr. Moises Humberto Rivera-Luna, who is seated right here at the first seat at the trial table.

You see that there is two people here. I only represent Mr. Rivera-Luna. My arguments and anything I say will only relate to Mr. Rivera-Luna. The other person has his own lawyers, but my arguments will focus solely on Mr. Rivera-Luna.

So I want to the start off with a couple of facts. Number one, Mr. Luna has never been to Washington, DC, Maryland or Virginia. As a matter of fact, he hasn't been inside this country since 1994.

Another fact is that in 2024, thereabouts, the government, our government, brought Mr. Rivera-Luna from Guatemala to stand trial here.

Now, ladies and gentlemen, this is a very, as you heard from the government's opening, complicated case in the sense that there is a lot of moving parts, there is a lot going on, but at its core, it's also a very simple case.

My client was never here. My client is not guilty of any kind of a racketeering conspiracy. And I will explain that to you all more so at end of the case, but right now I just want to give you more of a preview of some of the things that I think are important.

Before I do that, before I forget, I want to thank you all for your agreement to participate in this case. As Judge Lamberth has said repeatedly throughout the selection process, without your dedication and commitment to your civic duty to be

jurors, to sit and listen to the evidence in this case, no one, not an American citizen, not any other citizen, could receive a fair trial. So all the lawyers thank you in advance for your time. We know it's valuable. We will try to do our best to respect it. And for your service, because there is no greater honor, in my opinion, other than serving in the military, than serving on a jury of one's peers.

So I want to start out with what are some of the charges in this case. As you can see -- as you heard from the government's presentation, my client is charged in a racketeering conspiracy.

As I have said and as the government will agree, my client was never present in 2008, 2010, or any time since 1994 in this country.

There are two central events that are going to come into play, which you have kind of heard government counsel talk about, and those are two deaths of two persons, members of MS-13, by the names, the monikers -- their real names were already said, but the monikers are Brujo and Zombie in 2008 and in 2010.

The government's theory is that my client had something to do with their deaths. I am here to tell you that he did not. He has nothing to do with anyone's death in this case or anywhere else.

In our judicial system, there are varying levels of

proof that's required. You will learn at the end of the case some of the legal definitions that apply. The number one legal definition that I want to stress to you now and throughout this case is that the burden of proof is on the government, it's on the United States, and that burden of proof is beyond a reasonable doubt.

There are varying standards of proof in our judicial system, preponderance of the evidence, reasonable suspicion, so on and so forth. Reasonable doubt sits at the top of the mountain, and that's what the government is tasked with doing. That's what they are going to try to do but fail to do. They are not going to be able to prove beyond a reasonable doubt that my client was involved in any sort of a racketeering conspiracy.

The evidence against my client will come in the form of a couple of different ways in this case. The principal ways will be cooperating witnesses and law enforcement officers, and also recorded phone calls. I want to talk about each one of those things.

First, this entire case, the version of events that you have just heard is built on the backs of the versions of the cooperating witnesses, persons who have committed violent acts, persons who have received benefits from our government, who are here illegally, who are now allowed to stay here as a result of their cooperation with the government. The version

of the government's case comes from these people.

You will have a chance to judge for yourselves their credibility. And I will save more specific arguments for the end of the case, but this entire case is built on the version that's painted by those people.

Now, there are recorded calls. The government is alleging that my client is a participant in some of those calls. This is what I will tell you: There is no phone that was recorded of my client. The only phones that were recorded were of people here that the government had probable cause to tap their phones or to record them consensually.

My client does not fall into those categories. The government is going to allege that he's on some of these calls, but I want you to understand one thing very clear, the phones that are being recorded do not belong to my client, are not my client's at all.

And lastly, you're going to hear from law enforcement officers. The law enforcement officers that you're going to hear from are going to be from both this country and I think at least one from El Salvador where my client is from.

And one common theme about all of these witnesses will be that none of them will be able to say with any certainty that -- will not be able to give the testimony that is going to be required for you to convince you beyond a reasonable doubt. There will be lots of general testimony. There is going to be

lots of things that are going to be said about MS-13 generally.

Now, this is the one thing I want to address too at the outset. It is not illegal to belong to any organization in this country no matter how vile that organization may be to some people. Think about the Ku Klux Klan. I don't think anybody on this panel or otherwise would agree that that organization and its history and the violence that's associated with it against certain groups of people is anything that is a good thing. And I'm being a little sarcastic when I say "a good thing." It's a horrible thing.

But that being said, if one wants to join the Ku Klux Klan, that is not a crime, in spite of its history, in spite of the things that they may have done or continue to do. And the same is true with any other organization, including MS-13.

It is not illegal in this country to belong to any organization, including MS-13. MS-13 is not on trial here. I know you may want to judge this case based on what you think you might know about MS-13.

Think about -- excuse me. To judge it based on things that you think you know or have heard about MS-13 that may or may not be true. I will agree with government counsel in that members of this group in its history have committed violent acts, may continue to commit violent acts, but that does not mean that my client is, one, guilty of any of those acts or agreed to any of those acts, because that's what a conspiracy

is about. So membership alone in any organization is not illegal, including MS-13.

My client, Mr. Rivera-Luna, did not agree to participate in any crimes that have anything to do with this particular conspiracy that is charged here, events that occurred here in this country, in this city, and in other places. He did not. The government has to prove that beyond a reasonable doubt. They will not.

I will argue at the end of the case specific facts that you have heard in evidence. I will only argue from the evidence, because evidence is going to be testimony that you have heard on the witness stand, calls you may have heard, other exhibits you may have received.

When I make my final arguments to you, I will refer to certain pieces of testimony, certain pieces of evidence. I will draw upon those things to show you that the government has not met its burden of proof beyond a reasonable doubt that my client was a member of the racketeering, as we call it, RICO conspiracy that has been alleged in this case.

And after I make those arguments with much specificity, I'm going to ask you for a verdict of not guilty. Until then, I look forward to being in this case with you, to making my arguments at the end, and asking you to find my client, Mr. Rivera-Luna, not guilty.

Thank you.

THE COURT: Ms. Rhee.

OPENING STATEMENT BY COUNSEL FOR DEFENDANT RODAS-RAMIREZ

MS. RHEE: Thank you, Your Honor.

Good afternoon, ladies and gentlemen of the jury. My name is Sandi Rhee, and with co-counsel, Robert Feitel -- Robert Feitel is the one in the glasses -- we represent Mr. Tokiro Rodas-Ramirez.

Now, from the outset, I want to be really, really clear that our defense in this case is not in any way a defense of gangs or gang violence in this country.

Turning to this case, these events, as the government mentioned, happened more than 15 years ago. And a lot of it happened when Mr. Rodas was not even in this country.

The government's case consists of cooperators, gang members who committed horrible crimes and then were convicted, crimes that our client has nothing to do with. There was shootings, stabbings, murders.

And to be clear, there is not one shred of physical evidence against Mr. Rodas-Ramirez. There are no fingerprints. There is no DNA. There is no surveillance footage. There is no eyewitness who says that this giant Salvadoran was at any scene of a crime. And that's because he had nothing to do with these crimes.

So the government talked about some of the events that happened back in 2008 and 2010. And so to give you just a

snapshot of the kind of case that the government has, to show the weakness of their case, the government mentioned a case -- a shooting in 2010, and the victim in that case was named Felipe Enriquez. His nickname was Zombie. And he had made the mistake of bringing a knife to a gang meeting.

He had also criticized some of the other gang members, so the gang members decided that he needed to be killed. So a witness is going to testify; his name is Antonio Urrutia-Barrera. He's going to say they told Mr. Enriquez, Zombie, that they were going to appoint him the new leader, so they lured him to someplace in the woods near the river, near the Patuxent River, and they took him into the middle of the woods and they shot him. And they left him there, his body, to be found by a pedestrian or passerby about three days later.

Later, it was determined that another gang member by the name of Jose Martinez was the shooter in that case. But somehow the government wants to hold our client, Rodas-Ramirez, criminally liable for that murder also.

And where was Mr. Rodas when this happened? He was two years gone back to El Salvador on a different -- I was going to say planet, but a different continent, thousands of miles from here. And he had no -- he did not participate in any aspect of the murder. And the government wants to hold him criminally liable, and they won't be able to do that.

So you see that there are two defendants here. And to

the extent that a witness has nothing to say about our client, Mr. Feitel and I will not be asking that witness any questions, because we don't want to waste your time. We certainly don't want to waste Judge Lamberth's time. And we don't want to waste our time.

So I'm going to turn to just one of the cooperators that the government mentioned. His name is Jorge Solorzano, also known as Cocky. And I think he's probably the government's most important witness. And you're going to learn that the police executed a search warrant in his home.

And in his home, in his basement, they find a .32-caliber revolver, a loaded gun. And what's important is when they do a forensics analysis of that gun, they match it to an October 6, 2008 shooting in western Virginia. They also match it to the murder on July 29, 2008 of a Luis Chavez Ponce.

And just to show you the level of dishonesty of this important government witness, when the police asked him, "Where did you get the gun," he says, "I found it on the side of the road."

Okay. Then they ask him again at another time, "Where did you find the gun?" "I found it in the bushes."

They asked him again, "Where did you get the gun?" "I found it in someone's shed."

And yet they asked him again, "Where did you get the gun, this loaded .32 revolver," and he says, "I found it in

someone else's house."

Really? You're a member, a leader of the Normandy clique, of an MS-13 gang, and a loaded gun is found in your home, and that gun is matched to crimes that were committed by your group, and you just found it walking down the street?

So this "I found this gun walking down the street" witness, who was facing the possibility of a life sentence, a pretty hefty sentence, ended up getting eight years in prison. And for all his terrible crimes, he is now living free in this country, and he will walk through those doors into this courtroom to testify against Mr. Rodas-Ramirez.

But that's not all. Oh, no, that's not all, because in addition to getting an eight-year sentence, he and his family got immigration benefits. They get to live here legally.

MR. MOHANTY: Objection. Misstates the evidence.

THE COURT: Overruled. It will be up to the jury to decide.

MS. RHEE: Just like Jorge Solorzano, also known as Cocky, the government rewarded these other criminals who committed these crimes for testifying on the government's behalf.

Most of these violent convicted felons are already out of prison. They have had their sentences dramatically reduced from a potential life sentence in prison, and they are living

here free right now in the United States. And they are beholden to the government, because the kind of visas that they have need to be annually renewed.

They are at the government's mercy, because if they don't do what the government asks of them, the government can decide not to renew their visas.

Now, I want to talk about one more cooperator. He is still in prison, and he is hoping to have his sentence reduced, and he's hoping to get to live in the United States, like the others.

Antonio Urrutia-Barrera, who you will hear from, I believe, this week, he was what you can only describe as an insanely violent criminal. He was convicted of malicious wounding, assault and battery, brandishing and discharging a gun, among other violent crimes.

And these crimes happened, not just in Maryland, but he went to Fairfax, Loudoun, Chesterfield, all the way down by Richmond, and he committed these crimes in DC. For all his crimes, a federal judge in Virginia sentenced him to 720 months. That's 60 years.

Less than four years after that sentence, after he cooperated in another case, his sentence was reduced to 21 years. That's a 40-year difference for his cooperation. So he had a 60-year sentence, effectively a life sentence, reduced to 21 years where he can see daylight at the end of the tunnel.

And he's going to come in here this week and testify, hoping that he can get his sentence reduced even more, and that he could get immigration benefits also. So I ask that you keep these motivating factors in mind when you hear these cooperating witnesses' testimony.

So at the end of the trial, after hearing all the evidence, the direct evidence, the cross-examinations, I ask you again to think about what's motivating these violent convicted felons. It can't be out of the goodness of their hearts they are testifying.

So at the end of all the evidence, we'll come back to you, we'll explain to you that the burden of proof, of proving beyond a reasonable doubt that our client is guilty belongs solely with the government, and that burden never shifts. And we ask you, based on your common sense, your practical judgment, that you find our client, Mr. Tokiro Rodas-Ramirez, not guilty.

Thank you.

(Conclusion of requested excerpt.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 3rd day of March, 2026.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER

#

#1505 [1] - 2:2

/

/s [1] - 30:8

1

10001 [1] - 2:5
11th [1] - 10:3
12 [1] - 17:11
1200 [1] - 7:17
13 [3] - 12:8, 12:9, 15:21
1300 [1] - 2:2
1350 [1] - 1:19
15 [2] - 16:10, 24:12
17 [1] - 16:10
1994 [2] - 18:9, 19:13
1:10-cr-00256-RCL [1] - 1:5

2

2 [2] - 1:10, 1:11
20001 [1] - 1:24
20008 [1] - 2:3
20036 [1] - 1:20
2008 [13] - 3:7, 3:18, 5:21, 7:18, 8:19, 9:17, 10:4, 11:7, 19:13, 19:19, 24:25, 26:14, 26:15
2010 [5] - 11:15, 19:13, 19:20, 24:25, 25:3
2024 [1] - 18:10
2025 [1] - 1:11
2026 [1] - 30:6
20530 [1] - 1:16
21 [2] - 28:23, 28:25
22066 [1] - 2:5
28 [1] - 11:15
28th [1] - 12:10
29 [2] - 8:19, 26:15
2:54 [1] - 1:12

3

300 [1] - 4:3
308 [1] - 1:19
32 [1] - 26:25
32-caliber [1] - 26:12
333 [1] - 1:24
3:24 [1] - 17:8
3:42 [1] - 17:8
3rd [1] - 30:6

4

40-year [1] - 28:23
4120 [1] - 1:16
4:08 [1] - 1:12
4th [1] - 1:16

5

555 [1] - 1:16
5:00 [1] - 7:20

6

6 [3] - 9:17, 10:4, 26:14
60 [1] - 28:20
60-year [1] - 28:24
63 [1] - 2:5

7

7 [1] - 7:18
720 [1] - 28:20

A

able [5] - 16:15, 20:12, 21:22, 21:23, 25:24
above-entitled [1] - 30:4
absent [1] - 17:7
accommodate [2] - 16:13, 16:14
accurate [1] - 30:3
acting [1] - 11:1
activity [2] - 4:11, 7:1
acts [6] - 13:23, 20:23, 22:23, 22:24, 22:25
addition [1] - 27:13
address [1] - 22:2
advance [1] - 19:3
afternoon [3] - 3:6, 17:22, 24:4
agents [2] - 14:21, 15:5
ago [2] - 16:10, 24:12
agree [4] - 19:12, 22:6, 22:21, 23:3
agreed [2] - 13:7, 22:25
agreement [1] - 18:23
aid [1] - 12:22
alert [1] - 17:15
Alfred [2] - 1:18, 17:23
ALFRED [1] - 1:19
allege [1] - 21:13
alleged [1] - 23:19
alleging [1] - 21:7
allowed [1] - 20:24
alone [2] - 14:12, 23:1
ambulance [1] - 8:12
AMERICA [1] - 1:3
American [1] - 19:2
analysis [1] - 26:13
Angeles [1] - 4:8
annually [1] - 28:3
Antonio [2] - 25:8, 28:11
apartment [3] - 8:24, 10:21, 10:23
Apple [1] - 3:16
apply [1] - 20:2
appoint [1] - 25:10
appointed [2] - 11:12, 15:7
approved [1] - 11:12
April [1] - 7:18
area [5] - 6:7, 11:19, 11:22, 12:12, 15:8
argue [2] - 23:9, 23:10
arguments [6] - 18:2, 18:4, 21:3, 23:14, 23:20, 23:23
arm [1] - 11:2
arrested [3] - 11:8, 12:6, 15:9
asleep [1] - 17:11
aspect [1] - 25:23
assault [2] - 12:21, 28:14
associated [1] - 22:7
attended [1] - 11:20
attending [1] - 4:22
Attorney [1] - 1:14
authority [1] - 15:6
authorized [1] - 5:9
Avenue [3] - 1:19, 1:24, 2:2
avoid [1] - 16:18

B

backs [1] - 20:21
bandana [1] - 9:5
bang [2] - 8:6, 9:10
Barrera [2] - 25:9, 28:11
baseball [1] - 3:14
based [3] - 22:17, 22:19, 29:15
basement [1] - 26:11
battery [1] - 28:14
battle [7] - 5:16, 7:12, 8:18, 9:16, 10:2, 11:17, 12:16
beers [1] - 10:22
BEFORE [1] - 1:11
Begin [1] - 17:9
behalf [1] - 27:22
behind [2] - 6:4, 11:2
beholden [1] - 28:2
belong [3] - 21:15, 22:3, 22:15
belongs [1] - 29:13
bench [2] - 17:9, 17:16
benefits [4] - 14:6, 20:23, 27:14, 29:3
Bernardez [16] - 6:5, 6:11, 6:25, 7:25, 8:3, 8:5, 8:8, 8:20, 9:9, 9:19, 9:24, 10:12, 10:15, 11:7, 12:6, 15:9
Bernardez's [2] - 6:12, 15:10
best [1] - 19:4
between [1] - 15:11
Beyonce [1] - 3:17
beyond [7] - 12:18, 20:5, 20:12, 21:24, 23:7, 23:17, 29:13
big [2] - 5:5, 11:6
biggest [1] - 4:24
bike [2] - 9:4, 9:7
bleeding [1] - 8:12
block [1] - 7:17
blood [1] - 16:3
blue [1] - 6:5
blunt [1] - 14:1
body [1] - 25:13
branch [1] - 4:7
branches [1] - 4:7
brandishing [1] - 28:14
break [1] - 5:6
brick [2] - 16:8
bricks [1] - 16:9
bring [2] - 5:16, 13:10
bringing [1] - 25:5
broad [1] - 7:20
broke [1] - 11:20
broken [2] - 10:10, 12:3
brother [1] - 15:10
brother-in-law [1] - 15:10
brothers [1] - 11:25
brought [5] - 11:21, 11:22, 11:24, 14:25, 18:11
Brujo [3] - 10:8, 10:13, 19:19
building [3] - 9:8, 10:21, 10:23
built [2] - 20:21, 21:4
burden [5] - 20:4, 20:5, 23:17, 29:12, 29:14
Bush [2] - 3:9, 3:10
bushes [1] - 26:21
business [1] - 7:4
buy [1] - 4:15
buying [2] - 7:4
BY [8] - 1:10, 1:15, 1:19, 2:2, 2:4, 3:4, 17:20, 24:2

C

car [4] - 7:24, 7:25, 8:5, 8:9
carefully [1] - 14:1
CASE [1] - 1:5
case [40] - 3:7, 3:21, 9:12, 10:4, 12:18, 12:25, 13:12, 14:24, 15:5, 15:22, 15:25, 16:7, 16:22, 18:14, 18:16, 18:19, 18:23, 19:1, 19:9, 19:24, 20:1, 20:4, 20:16, 20:20, 21:1, 21:4, 22:17, 23:9, 23:19, 23:22, 24:9, 24:11, 24:14, 25:1, 25:2, 25:3, 25:16, 28:22
cases [4] - 9:14, 13:12, 13:14, 14:4
categories [1] - 21:12
celebrity [1] - 3:17
cell [5] - 6:18, 6:24, 7:4, 11:12, 16:22
center [1] - 5:24
central [1] - 19:15
certain [3] - 22:8, 23:15
certainly [1] - 26:3
certainty [1] - 21:22
CERTIFICATE [1] - 30:1
Certified [1] - 1:23
certify [1] - 30:3
chance [5] - 4:25, 7:16, 8:21, 9:18, 21:2
changed [1] - 3:18
changes [1] - 11:6
chapters [1] - 4:2

**charge** [1] - 12:23
**charged** [3] - 12:19, 19:10, 23:5
**charges** [2] - 14:25, 19:9
**Chavez** [3] - 9:3, 16:17, 26:15
**Chesterfield** [1] - 28:17
**Cheverly** [1] - 5:20
**chicken** [2] - 12:8, 15:21
**chronological** [1] - 16:12
**citizen** [2] - 19:2
**city** [2] - 3:23, 23:6
**civic** [1] - 18:25
**clear** [3] - 21:14, 24:9, 24:18
**client** [21] - 18:17, 19:10, 19:13, 19:21, 20:13, 20:15, 21:7, 21:9, 21:12, 21:15, 21:20, 22:24, 23:3, 23:18, 23:24, 24:16, 25:17, 26:1, 29:13, 29:16
**client's** [1] - 21:16
**clique** [42] - 4:4, 4:8, 4:9, 5:9, 5:15, 5:20, 6:1, 6:2, 6:6, 6:9, 6:14, 6:16, 6:18, 6:23, 7:14, 7:24, 7:25, 8:2, 8:16, 8:17, 9:20, 10:7, 10:16, 10:17, 11:7, 11:8, 11:19, 11:20, 11:22, 12:4, 12:5, 12:8, 12:11, 14:23, 15:8, 27:3
**cliques** [6] - 4:2, 4:3, 4:6, 4:14, 4:16, 5:22
**closer** [1] - 3:12
**co** [1] - 24:5
**co-counsel** [1] - 24:5
**Cocky** [2] - 26:8, 27:20
**code** [1] - 12:9
**cold** [1] - 11:5
**Columbia** [1] - 30:3
**COLUMBIA** [1] - 1:1
**command** [1] - 6:1
**commit** [1] - 22:23
**commitment** [1] - 18:25
**committed** [6] - 20:22, 22:22, 24:15, 27:4, 27:21, 28:18
**common** [4] - 12:25, 16:25, 21:21, 29:15
**complete** [1] - 8:14
**complex** [1] - 8:24
**complicated** [1] - 18:14
**Conclusion** [1] - 29:19
**conference** [2] - 17:9, 17:16
**Conference** [1] - 30:5
**confidential** [1] - 14:21
**confirm** [1] - 14:15
**confirmed** [1] - 14:13
**conformance** [1] - 30:4
**Connecticut** [1] - 1:19
**connection** [1] - 11:9
**consensual** [1] - 16:23
**consensually** [1] - 21:11
**consists** [1] - 24:14
**conspiracy** [8] - 9:12, 12:20, 18:18, 19:11, 20:14, 22:25, 23:5, 23:19
**Constitution** [1] - 1:24
**continent** [1] - 25:21
**continue** [2] - 22:13, 22:23
**continued** [1] - 3:2
**control** [2] - 3:23, 4:1
**convenience** [1] - 17:5
**conveyed** [1] - 12:2
**convict** [1] - 14:11
**convicted** [4] - 24:15, 27:23, 28:13, 29:9
**convince** [1] - 21:24
**cooperate** [1] - 5:5
**cooperated** [1] - 28:22
**cooperating** [7] - 13:21, 14:11, 14:23, 15:19, 20:17, 20:22, 29:5
**cooperation** [3] - 14:7, 20:25, 28:23
**cooperator** [1] - 28:7
**cooperators** [5] - 14:15, 14:16, 16:24, 24:14, 26:6
**core** [1] - 18:16
**corner** [1] - 3:23
**corroborated** [1] - 14:13
**COUNSEL** [3] - 3:4, 17:20, 24:2
**counsel** [6] - 3:5, 17:10, 17:22, 19:16, 22:21, 24:5
**country** [10] - 15:17, 18:9, 19:14, 21:19, 22:4, 22:15, 23:6, 24:10, 24:13, 27:10
**couple** [5] - 3:22, 10:16, 10:22, 18:6, 20:16
**Court** [5] - 1:23, 3:5, 17:22, 30:2, 30:2
**COURT** [7] - 1:1, 17:4, 17:10, 17:18, 24:1, 27:17, 30:9
**courtroom** [2] - 17:12, 27:11
**covered** [1] - 11:4
**crave** [1] - 16:12
**credibility** [1] - 21:3
**Crime** [1] - 1:15
**crime** [2] - 22:12, 24:22
**crimes** [13] - 9:12, 16:3, 23:4, 24:15, 24:16, 24:23, 27:4, 27:9, 27:21, 28:15, 28:16, 28:18, 28:19
**criminal** [3] - 4:11, 13:8, 28:13
**criminally** [2] - 25:18, 25:24
**criminals** [1] - 27:20
**criticized** [1] - 25:6
**cross** [1] - 29:7
**cross-examinations** [1] - 29:7
**CRR** [1] - 30:8
**CSI** [1] - 16:1

## D

**dangerous** [2] - 4:19, 12:22
**Dated** [1] - 30:6
**DAY** [1] - 1:10
**daylight** [2] - 7:20, 28:25
**days** [4] - 12:8, 12:9, 15:21, 25:14
**DC** [14] - 1:12, 1:16, 1:20, 1:24, 2:3, 4:7, 6:17, 7:18, 8:17, 10:3, 11:19, 16:1, 18:7, 28:18
**DC/Maryland** [1] - 6:7
**death** [1] - 19:23
**deaths** [2] - 19:17, 19:22
**December** [2] - 1:11, 11:7
**decide** [3] - 14:8, 27:18, 28:6
**decided** [2] - 10:10, 25:7
**dedication** [1] - 18:25
**DEFENDANT** [4] - 1:18, 2:1, 17:20, 24:2
**defendants** [3] - 12:18, 17:6, 25:25
**Defendants** [1] - 1:7
**defense** [3] - 17:19, 24:9
**definition** [1] - 20:3
**definitions** [1] - 20:2
**Dennis** [16] - 6:5, 6:11, 6:24, 7:25, 8:2, 8:5, 8:8, 8:19, 9:9, 9:18, 10:11, 10:14, 11:7, 12:5, 15:8
**deported** [1] - 11:10
**deputy** [1] - 17:12
**describe** [1] - 28:12
**details** [1] - 7:7
**determined** [1] - 25:15
**developed** [1] - 14:21
**diagram** [1] - 9:8
**die** [2] - 11:5, 12:14
**died** [1] - 9:11
**difference** [1] - 28:23
**different** [11] - 3:8, 4:3, 4:6, 5:21, 8:16, 13:18, 14:13, 20:16, 25:20, 25:21
**Dimas** [6] - 7:19, 8:3, 8:6, 8:7, 8:9, 16:16
**Diplomate** [1] - 1:22
**direct** [1] - 29:7
**discharging** [1] - 28:14
**discuss** [2] - 15:16, 15:18
**discussed** [1] - 13:18
**dishonesty** [1] - 26:16
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [2] - 30:2
**DNA** [2] - 16:2, 24:20
**dogs** [1] - 7:22
**done** [3] - 11:9, 15:19, 22:13
**doors** [1] - 27:10
**doubt** [8] - 12:18, 20:6, 20:9, 20:12, 21:24, 23:8, 23:17, 29:13
**down** [8] - 3:13, 3:14, 7:19, 11:3, 12:16, 27:5, 27:6, 28:17
**dramatically** [1] - 27:24
**draw** [1] - 23:16
**drove** [1] - 7:23
**drugs** [2] - 4:13, 15:13
**dues** [3] - 4:12, 4:23, 7:1
**during** [1] - 11:23
**duty** [1] - 18:25

## E

**eat** [2] - 12:8, 15:21
**effectively** [1] - 28:24
**efficient** [1] - 16:14
**eight** [2] - 27:8, 27:13
**eight-year** [1] - 27:13
**El** [11] - 3:25, 4:1, 4:14, 6:18, 7:2, 7:9, 10:11, 11:12, 15:13, 21:20, 25:20
**election** [1] - 3:12
**end** [8] - 18:19, 20:1, 21:4, 23:9, 23:23, 28:25, 29:6, 29:11
**End** [1] - 17:16
**ended** [1] - 27:8
**enforcement** [4] - 13:13, 20:17, 21:17, 21:18
**engaged** [2] - 13:7, 13:9
**engages** [1] - 4:11
**Enriquez** [4] - 11:18, 12:11, 25:4, 25:9
**entire** [3] - 6:17, 20:20, 21:4
**entitled** [1] - 30:4
**especially** [1] - 5:6
**evaluate** [2] - 13:1, 14:1
**evening** [2] - 7:20, 10:4
**events** [6] - 16:10, 19:15, 20:20, 23:5, 24:11, 24:24
**evidence** [23] - 12:25, 13:1, 13:11,

16:2, 16:3, 16:4, 16:8, 16:11, 16:19, 16:24, 19:1, 20:8, 20:15, 23:10, 23:11, 23:15, 24:19, 27:16, 29:7, 29:11
**examinations** [1] - 29:7
**examiners** [1] - 16:22
**example** [1] - 7:13
**excerpt** [1] - 29:19
**exchange** [1] - 14:6
**excuse** [1] - 22:19
**executed** [2] - 14:14, 26:10
**exhibits** [1] - 23:13
**expect** [1] - 14:5
**expected** [2] - 4:22, 5:2
**expert** [3] - 13:14, 16:21, 16:23
**explain** [2] - 18:18, 29:12
**extent** [1] - 26:1
**extortion** [2] - 4:12, 15:12
**eyewitness** [1] - 24:21
**eyewitnesses** [1] - 16:21

## F

**facing** [1] - 27:7
**fact** [2] - 18:8, 18:10
**factors** [1] - 29:4
**facts** [2] - 18:6, 23:9
**fade** [1] - 16:9
**fail** [1] - 20:11
**fair** [1] - 19:3
**Fairfax** [1] - 28:17
**fall** [1] - 21:12
**Falls** [1] - 2:5
**families** [1] - 16:7
**family** [2] - 14:18, 27:14
**fashion** [1] - 16:12
**fast** [1] - 17:11
**Federal** [1] - 30:2
**federal** [2] - 1:23, 28:19
**FEDERAL** [1] - 30:9
**Feitel** [4] - 2:1, 24:5, 24:6, 26:2
**FEITEL** [1] - 2:2
**Felipe** [2] - 11:18, 25:4
**fell** [1] - 8:7
**fellow** [3] - 10:23, 13:20, 13:21
**felons** [2] - 27:23, 29:9
**few** [3] - 7:21, 8:19, 9:14
**final** [1] - 23:14
**fingerprint** [1] - 16:2
**fingerprints** [1] - 24:19
**firearms** [1] - 12:23
**first** [7] - 5:16, 6:6, 7:7, 7:13, 7:14, 17:25, 20:20
**fled** [2] - 8:9, 9:11
**focus** [1] - 18:4
**folded** [2] - 5:24, 9:5
**follow** [4] - 4:20, 12:24, 13:1, 16:25
**followed** [4] - 8:20, 9:9, 10:5, 11:15
**follows** [1] - 3:3
**footage** [1] - 24:20
**football** [1] - 3:12
**FOR** [7] - 1:1, 1:14, 1:18, 2:1, 3:4, 17:20, 24:2
**foregoing** [1] - 30:3
**forensics** [1] - 26:13
**forget** [1] - 18:22
**form** [1] - 20:15
**format** [1] - 30:4
**forth** [1] - 20:9
**forward** [2] - 14:16, 23:22
**four** [2] - 9:10, 28:21
**free** [2] - 27:9, 28:1
**friends** [2] - 10:18, 11:1
**full** [3] - 6:21, 7:10, 8:14

## G

**gang** [52] - 3:20, 3:22, 3:24, 4:1, 4:16, 4:19, 4:20, 4:21, 4:22, 4:25, 5:3, 5:6, 5:8, 5:9, 5:12, 6:9, 6:10, 7:3, 7:4, 7:6, 7:15, 8:2, 8:3, 8:21, 8:23, 9:1, 9:7, 9:18, 9:20, 10:5, 10:7, 10:9, 10:14, 10:23, 11:8, 11:11, 11:15, 13:15, 13:20, 13:22, 14:21, 15:2, 15:12, 24:10, 24:14, 25:5, 25:6, 25:7, 25:15, 27:3
**gangs** [1] - 24:10
**gaps** [1] - 16:9
**general** [1] - 21:25
**generally** [2] - 3:25, 22:1
**gentleman** [1] - 6:3
**gentlemen** [12] - 3:6, 3:7, 4:17, 5:18, 7:13, 12:17, 14:20, 16:7, 16:19, 17:22, 18:13, 24:4
**George** [2] - 3:9, 3:10
**Georgetown** [1] - 2:5
**giant** [1] - 24:21
**Gil** [18] - 6:5, 6:11, 6:12, 6:25, 7:25, 8:3, 8:5, 8:8, 8:20, 9:9, 9:19, 9:24, 10:12, 10:15, 11:7, 12:6, 15:9, 15:10
**Gil-Bernardez** [16] - 6:5, 6:11, 6:25, 7:25, 8:3, 8:5, 8:8, 8:20, 9:9, 9:19, 9:24, 10:12, 10:15, 11:7, 12:6, 15:9
**Gil-Bernardez's** [2] - 6:12, 15:10
**girlfriend** [1] - 7:2
**glasses** [1] - 24:6
**goodness** [1] - 29:9
**Gorge** [1] - 12:13
**government** [27] - 18:11, 19:12, 19:16, 20:4, 20:10, 20:23, 20:25, 21:6, 21:10, 21:13, 22:21, 23:7, 23:16, 24:11, 24:24, 25:1, 25:2, 25:17, 25:23, 26:7, 26:17, 27:20, 28:2, 28:5, 29:14
**GOVERNMENT** [2] - 1:14, 3:4
**government's** [8] - 18:14, 19:10, 19:21, 21:1, 24:14, 26:9, 27:21, 28:4
**Great** [1] - 2:5
**greater** [1] - 19:5
**green** [5] - 5:7, 10:6, 10:24, 14:17, 15:23
**ground** [2] - 8:7, 11:3
**group** [3] - 10:21, 22:22, 27:5
**groups** [1] - 22:8
**Guatemala** [1] - 18:12
**guess** [2] - 4:11, 4:19
**Guillaume** [2] - 1:18, 17:23
**GUILLAUME** [2] - 1:19, 17:21
**guilty** [15] - 12:18, 12:19, 12:21, 12:24, 13:4, 13:6, 14:3, 17:1, 18:17, 22:24, 23:21, 23:24, 29:13, 29:17
**gun** [11] - 9:24, 26:12, 26:13, 26:18, 26:21, 26:22, 26:25, 27:3, 27:4, 27:6, 28:15
**guns** [3] - 7:4, 8:23, 10:14
**guy** [1] - 9:21
**guys** [2] - 3:22, 8:16

## H

**half** [1] - 11:14
**handgun** [2] - 8:5, 9:9
**hands** [1] - 5:24
**hang** [1] - 3:22
**hear** [25] - 7:5, 7:9, 9:13, 12:3, 13:13, 13:14, 13:17, 13:20, 14:7, 15:2, 15:4, 15:11, 15:16, 15:17, 15:20, 15:21, 16:1, 16:6, 16:15, 16:24, 17:5, 21:17, 21:19, 28:11, 29:4
**heard** [11] - 8:11, 13:19, 16:20, 18:14, 19:9, 19:16, 20:21, 22:20, 23:10, 23:12
**hearing** [1] - 29:6
**hearts** [1] - 29:10
**hefty** [1] - 27:8
**held** [1] - 11:3
**hereby** [1] - 30:3
**himself** [1] - 7:21
**history** [5] - 4:18, 13:15, 22:7, 22:12, 22:22
**hold** [3] - 17:2, 25:17, 25:23
**Hollywood** [1] - 4:4
**home** [4] - 3:12, 26:10, 26:11, 27:4
**Honor** [2] - 17:21, 24:3
**honor** [2] - 17:23, 19:6
**HONORABLE** [1] - 1:11
**hoping** [3] - 28:8, 28:9, 29:2
**horrible** [2] - 22:10, 24:15
**hour** [1] - 17:4
**house** [1] - 27:1
**Houston** [1] - 4:8
**Humberto** [2] - 5:12, 17:24
**HUMBERTO** [1] - 1:6
**hung** [2] - 10:9, 10:20

## I

**identity** [1] - 16:5
**II** [1] - 3:10
**III** [2] - 1:18, 1:19
**illegal** [4] - 7:1, 22:3, 22:15, 23:2
**illegally** [1] - 20:24
**immigration** [3] - 14:6, 27:14, 29:3
**important** [5] - 6:8, 18:21, 26:9, 26:12, 26:17
**incarcerated** [2] - 4:1, 4:15
**incentive** [1] - 15:1
**included** [1] - 3:1
**including** [4] - 7:24, 22:14, 22:16, 23:2
**indictment** [1] - 12:19
**information** [1] - 13:24
**insanely** [1] - 28:13
**inside** [2] - 13:23, 18:8
**installed** [1] - 12:5
**instead** [1] - 6:21
**instruct** [4] - 13:2, 13:25, 14:10, 17:1
**instructed** [1] - 17:12
**instructs** [1] - 13:3
**international** [1] - 3:24
**introduced** [1] - 3:16
**investigated** [1] - 13:13
**investigation** [1] - 15:6
**involve** [1] - 9:13
**involved** [1] - 20:13
**iPhone** [1] - 3:16
**irate** [1] - 12:3
**itself** [1] - 4:18

## J

**jail** [2] - 6:18, 7:5
**Jay** [1] - 3:17
**Jay-Z** [1] - 3:17
**join** [2] - 4:21, 22:11
**joined** [2] - 8:15, 13:7
**Jorge** [3] - 15:7, 26:7, 27:19
**Jose** [1] - 25:16
**JUDGE** [1] - 1:11
**judge** [5] - 14:8, 21:2, 22:17, 22:19, 28:19
**Judge** [8] - 13:1, 13:3, 13:25, 14:10, 15:4, 16:25, 18:23, 26:4
**judging** [1] - 14:18
**judgment** [1] - 29:16
**judicial** [2] - 19:25, 20:7
**Judicial** [1] - 30:5
**July** [2] - 8:19, 26:15
**Junior** [1] - 15:23
**jurors** [2] - 17:13, 19:1
**jury** [4] - 3:6, 19:7, 24:4, 27:17
**Jury** [2] - 17:7, 17:17
**JURY** [1] - 1:10

## K

**keep** [1] - 29:3
**kill** [10] - 4:24, 5:2, 5:3, 5:9, 7:15, 8:21, 9:25, 10:20, 11:16, 12:9
**Kill** [2] - 9:17, 10:5
**killed** [2] - 11:15, 25:7
**kind** [6] - 6:4, 16:4, 18:18, 19:16, 25:1, 28:2
**Klan** [2] - 22:5, 22:12
**Klux** [2] - 22:5, 22:11
**knee** [1] - 5:25
**knife** [3] - 11:21, 11:22, 25:5
**known** [5] - 3:20, 5:7, 8:16, 26:8, 27:19
**Ku** [2] - 22:5, 22:11

## L

**ladies** [12] - 3:5, 3:7, 4:17, 5:18, 7:13, 12:17, 14:20, 16:7, 16:19, 17:22, 18:13, 24:4
**LAKEITA** [1] - 1:15
**Lamberth** [7] - 13:1, 13:3, 13:25, 14:10, 15:4, 16:25, 18:24
**LAMBERTH** [1] - 1:11
**Lamberth's** [1] - 26:4
**lamp** [1] - 15:23
**largely** [1] - 5:11
**lastly** [1] - 21:17
**late** [2] - 5:20, 10:4
**Law** [3] - 1:18, 2:1, 2:4
**law** [8] - 8:25, 13:1, 13:13, 15:10, 16:25, 20:17, 21:17, 21:18
**lawyer** [1] - 5:13
**lawyers** [3] - 5:14, 18:4, 19:3
**leader** [6] - 6:6, 6:14, 6:16, 12:7, 25:10, 27:2
**leaders** [5] - 3:25, 4:14, 7:5, 11:11, 12:5
**leadership** [1] - 5:8
**leading** [1] - 15:6
**learn** [24] - 3:21, 4:2, 4:10, 4:17, 5:14, 5:25, 6:8, 6:20, 7:3, 7:5, 7:18, 8:1, 8:9, 9:5, 10:6, 11:18, 11:20, 12:8, 14:4, 14:16, 14:20, 15:5, 20:1, 26:9
**learned** [1] - 14:17
**least** [1] - 21:20
**leave** [1] - 17:15
**left** [5] - 10:22, 11:5, 12:14, 12:15, 25:13
**legal** [3] - 6:21, 20:2
**legally** [1] - 27:15
**less** [1] - 28:21
**letters** [1] - 14:15
**level** [1] - 26:16
**levels** [1] - 19:25
**liable** [2] - 25:18, 25:24
**life** [4] - 7:7, 27:7, 27:25, 28:24
**light** [7] - 5:8, 6:4, 7:20, 10:6, 10:24, 15:23, 17:4
**likelihood** [1] - 5:7
**list** [1] - 15:18
**listen** [1] - 19:1
**listened** [1] - 6:23
**lit** [2] - 14:17, 15:23
**live** [2] - 27:14, 28:9
**lived** [1] - 8:25
**living** [2] - 27:9, 27:25
**LLC** [1] - 1:18
**loaded** [3] - 26:12, 26:25, 27:3
**local** [3] - 4:13, 6:2, 12:4
**locations** [2] - 4:6, 13:18
**look** [1] - 23:22
**looking** [1] - 17:13
**Los** [1] - 4:8
**Loudoun** [1] - 28:17
**LOVE** [1] - 1:15
**lower** [1] - 14:5
**luckily** [1] - 9:25
**lucky** [2] - 8:10, 9:10
**Luis** [3] - 9:3, 10:7, 26:15
**LUNA** [3] - 1:6, 1:18, 17:20
**Luna** [15] - 5:12, 6:15, 10:10, 11:12, 12:2, 15:7, 15:20, 17:24, 18:2, 18:3, 18:5, 18:7, 18:11, 23:3, 23:24
**lured** [3] - 12:11, 12:13, 25:11

## M

**main** [2] - 7:14, 10:5
**Malcolm** [1] - 9:21
**malicious** [1] - 28:13
**man** [5] - 6:4, 6:14, 7:18, 9:3, 11:18
**March** [3] - 11:15, 12:10, 30:6
**married** [1] - 3:17
**Martinez** [1] - 25:16
**Maryland** [6] - 5:20, 6:17, 8:22, 12:13, 18:7, 28:16
**match** [2] - 26:13, 26:15
**matched** [1] - 27:4
**matter** [3] - 18:8, 22:4, 30:4
**mean** [1] - 22:24
**means** [2] - 5:8, 15:24
**medical** [1] - 16:22
**meeting** [5] - 10:17, 11:20, 11:21, 11:23, 25:5
**meetings** [3] - 4:22, 6:23, 14:23
**member** [18] - 4:22, 5:1, 5:3, 5:7, 6:10, 7:6, 8:2, 8:3, 9:7, 10:7, 10:8, 10:23, 11:19, 14:21, 23:18, 25:15, 27:2
**members** [31] - 4:12, 4:16, 4:20, 4:25, 5:9, 5:15, 5:19, 7:15, 7:24, 7:25, 8:21, 8:23, 9:18, 9:19, 9:20, 10:15, 10:16, 11:8, 11:10, 12:4, 12:11, 13:20, 13:21, 14:17, 15:2, 15:12, 19:17, 22:22, 24:15, 25:6, 25:7
**membership** [1] - 23:1
**Membrano** [3] - 10:8, 10:13, 10:18
**memories** [1] - 16:9
**men** [3] - 5:12, 9:13, 9:25
**mentioned** [4] - 7:15, 24:12, 25:2, 26:7
**mercy** [1] - 28:4
**message** [1] - 12:2
**met** [2] - 7:10, 23:17
**mic** [2] - 14:22
**middle** [1] - 25:12
**might** [3] - 14:5, 16:16, 22:18
**miles** [1] - 25:22
**military** [1] - 19:6
**mind** [1] - 29:4
**minutes** [1] - 17:6
**misstates** [1] - 27:16
**mistake** [1] - 25:5
**mix** [1] - 13:12
**MOHANTY** [3] - 1:15, 3:5, 27:16
**Moises** [2] - 5:12, 17:24
**MOISES** [1] - 1:6
**money** [8] - 4:11, 4:12, 4:13, 4:15, 6:25, 7:3, 10:14, 15:13
**monikers** [2] - 19:18, 19:19
**monitor** [1] - 15:6
**months** [3] - 8:19, 9:14, 28:20
**most** [5] - 4:19, 6:20, 16:6, 26:9, 27:23
**motivating** [2] - 29:4, 29:8
**mountain** [1] - 20:10
**mouth** [1] - 11:4
**move** [1] - 4:21
**moving** [2] - 6:3, 18:15
**MR** [3] - 3:5, 17:21, 27:16
**MS** [2] - 24:3, 27:19
**MS-13** [20] - 3:20, 3:21, 4:3, 4:9, 4:10, 4:18, 5:15, 8:15, 13:7, 13:14, 13:21, 19:18, 22:1, 22:14, 22:16, 22:18, 22:20, 23:2, 27:3
**multiple** [1] - 8:6
**murder** [4] - 16:17, 25:18, 25:23, 26:15
**murders** [1] - 24:17

## N

**name** [8] - 6:21, 7:7, 7:10, 17:23, 24:5, 25:8, 25:16, 26:7
**named** [6] - 7:19, 9:3, 9:21, 10:7, 11:18, 25:3
**names** [2] - 19:18
**Narcotics** [1] - 1:15
**national** [1] - 3:24
**Nationals** [1] - 3:14
**near** [4] - 8:24, 12:13, 25:11
**nearby** [1] - 8:22
**neat** [1] - 16:12
**neck** [1] - 11:3
**need** [1] - 28:3
**needed** [1] - 25:7
**needs** [1] - 15:19
**neighborhood** [1] - 8:11
**never** [4] - 18:7, 18:17, 19:13, 29:14
**New** [1] - 4:8
**new** [5] - 11:11, 11:22, 12:5, 12:7, 25:10
**news** [2] - 3:16, 3:17
**next** [8] - 5:1, 7:12, 8:18, 9:16, 10:2, 11:17, 16:16, 17:13
**nickname** [6] - 6:9, 6:11, 6:12, 6:13, 10:8, 25:4
**nicknames** [2] - 6:8, 6:10
**night** [2] - 9:4, 10:20
**NIHAR** [1] - 1:15
**NO** [1] - 1:5
**none** [1] - 21:22
**Normandy** [15] - 4:4, 4:8, 5:15, 5:20, 6:6, 6:16, 7:24, 9:20, 10:7, 10:15, 10:17, 11:6,

11:19, 12:11, 27:2
**Northwest** [2] - 7:17, 10:3
**nothing** [4] - 19:23, 24:16, 24:22, 26:1
**notice** [1] - 17:11
**November** [3] - 3:11, 10:4, 11:7
**nudge** [1] - 17:14
**number** [5] - 4:24, 5:6, 8:20, 18:7, 20:2
**NW** [4] - 1:16, 1:19, 1:24, 2:2

## O

**Oakland** [1] - 4:8
**Obama** [1] - 3:11
**objection** [1] - 27:16
**objectives** [1] - 13:8
**observe** [1] - 17:11
**obtained** [1] - 15:6
**occasion** [1] - 14:22
**occurred** [1] - 23:6
**October** [2] - 9:17, 26:14
**oddly** [1] - 8:15
**OF** [3] - 1:1, 1:3, 1:10
**Office** [3] - 1:14, 2:1, 2:4
**officer** [3] - 5:1, 7:9, 8:10
**officers** [4] - 13:13, 20:17, 21:18
**Offices** [1] - 1:18
**OFFICIAL** [1] - 30:9
**Official** [2] - 1:23, 30:2
**old** [1] - 6:22
**once** [1] - 17:11
**one** [29] - 3:19, 4:7, 4:9, 4:24, 6:9, 7:25, 8:21, 9:14, 10:5, 11:2, 11:4, 11:21, 11:23, 15:1, 16:22, 18:7, 19:1, 20:2, 20:18, 21:14, 21:20, 21:21, 22:2, 22:11, 22:24, 24:6, 24:18, 26:6, 28:7
**one's** [1] - 19:7
**OPENING** [3] - 3:4, 17:20, 24:2
**opening** [1] - 18:14
**Opening** [1] - 1:10
**openings** [1] - 17:19
**operated** [2] - 8:17, 13:22
**operates** [1] - 13:15
**opinion** [1] - 19:6
**opportunity** [1] - 5:2
**order** [1] - 10:20
**orderly** [1] - 16:12
**orders** [2] - 6:22, 11:15
**organization** [6] - 22:3, 22:4, 22:7, 22:14, 22:16, 23:1
**original** [1] - 30:3
**otherwise** [2] - 14:5, 22:6
**Otis** [1] - 10:3
**outset** [2] - 22:3, 24:8
**overall** [2] - 6:14, 6:16
**overruled** [1] - 27:17
**own** [1] - 18:4

## P

**p.m** [4] - 1:12, 17:8
**page** [1] - 30:4
**painted** [1] - 21:5
**Pando** [2] - 6:12, 12:5
**panel** [1] - 22:6
**park** [1] - 5:22
**part** [1] - 16:6
**partial** [1] - 3:2
**PARTIAL** [1] - 1:10
**participant** [1] - 21:7
**participate** [3] - 18:23, 23:4, 25:22
**particular** [3] - 8:25, 13:23, 23:5
**partied** [1] - 10:19
**parties** [1] - 10:9
**parts** [1] - 18:15
**passerby** [1] - 25:14
**pattern** [1] - 13:8
**Patuxent** [1] - 25:12
**pay** [1] - 4:12
**paying** [1] - 4:23
**pedestrian** [1] - 25:14
**peers** [1] - 19:7
**Pennsylvania** [1] - 2:2
**people** [13] - 5:21, 6:20, 7:21, 12:4, 15:18, 16:10, 18:1, 21:1, 21:5, 21:10, 22:5, 22:8
**per** [1] - 6:9
**Perez** [8] - 7:19, 8:3, 8:6, 8:7, 8:9, 8:14, 9:10, 16:16
**person** [2] - 5:10, 18:3
**personally** [3] - 7:10, 13:4, 13:5
**persons** [3] - 19:17, 20:22, 20:23
**Perverso** [1] - 6:13
**phone** [4] - 6:24, 15:7, 20:18, 21:8
**phones** [4] - 7:4, 21:9, 21:11, 21:14
**photo** [4] - 5:16, 5:18, 5:19, 5:21
**photographs** [1] - 14:15
**physical** [1] - 24:18
**picnic** [1] - 9:23
**picture** [7] - 6:15, 6:20, 7:12, 8:18, 9:16, 10:2, 11:17
**piece** [2] - 16:8
**pieces** [2] - 23:15
**Pike** [1] - 2:5
**place** [3] - 3:1, 9:22, 11:11
**places** [2] - 11:9, 23:7
**Plaintiff** [1] - 1:4
**planet** [1] - 25:21
**plans** [1] - 15:16
**play** [1] - 19:16
**pleasure** [1] - 17:23
**pled** [1] - 14:3
**pocket** [1] - 11:23
**police** [6] - 5:1, 5:5, 7:9, 8:10, 26:10, 26:17
**Ponce** [5] - 9:3, 9:10, 9:25, 16:17, 26:15
**pooled** [1] - 6:25
**possibility** [1] - 27:7
**potential** [1] - 27:25
**practical** [1] - 29:15
**preponderance** [1] - 20:8
**presence** [1] - 3:20
**present** [2] - 17:17, 19:13
**presentation** [1] - 19:10
**President** [2] - 3:8, 3:11
**pretty** [1] - 27:8
**preview** [1] - 18:20
**prided** [1] - 4:18
**principal** [1] - 20:16
**prison** [4] - 27:8, 27:24, 27:25, 28:8
**probable** [1] - 21:10
**proceed** [1] - 17:19
**Proceedings** [1] - 3:1
**proceedings** [1] - 3:2
**process** [1] - 18:24
**Produced** [1] - 1:25
**proof** [6] - 20:1, 20:4, 20:5, 20:7, 23:17, 29:12
**prove** [4] - 12:17, 13:11, 20:12, 23:7
**proving** [2] - 16:4, 29:12
**punish** [1] - 12:6
**purposely** [1] - 13:7
**put** [3] - 6:24, 11:2, 11:24

## Q

**questions** [1] - 26:2
**Quincy** [1] - 7:17

## R

**racketeering** [7] - 12:22, 13:8, 13:9, 18:18, 19:11, 20:13, 23:18
**Ramirez** [13] - 5:13, 5:23, 7:23, 8:4, 8:8, 8:20, 12:21, 15:16, 24:7, 24:19, 25:17, 27:11, 29:16
**RAMIREZ** [3] - 1:6, 2:1, 24:2
**Ramirez's** [1] - 6:12
**ran** [3] - 6:18, 8:7, 8:11
**rank** [1] - 4:21
**RDR** [1] - 30:8
**RDR-CRR** [1] - 30:8
**real** [1] - 19:18
**really** [3] - 24:8, 27:2
**Realtime** [1] - 1:23
**reasonable** [9] - 12:18, 20:6, 20:8, 20:9, 20:12, 21:24, 23:8, 23:17, 29:13
**receive** [1] - 19:2
**received** [4] - 14:4, 14:6, 20:23, 23:13
**recess** [1] - 17:5
**Recessed** [1] - 17:8
**record** [2] - 21:11, 30:4
**Record** [1] - 1:25
**recorded** [5] - 20:18, 21:6, 21:9, 21:15
**recordings** [1] - 16:23
**recovery** [1] - 8:14
**red** [1] - 9:4
**Redskins** [1] - 3:13
**reduced** [5] - 27:24, 28:8, 28:22, 28:24, 29:2
**Reeves** [2] - 30:2, 30:8
**REEVES** [2] - 1:22, 30:8
**refer** [1] - 23:14
**regardless** [1] - 5:9
**Registered** [1] - 1:22
**regulations** [1] - 30:4
**relate** [1] - 18:3
**related** [1] - 12:22
**remained** [2] - 3:18, 3:19
**renew** [1] - 28:6
**renewed** [1] - 28:3
**repeatedly** [3] - 11:5, 12:14, 18:24
**REPORTER** [1] - 30:9
**Reporter** [4] - 1:22, 1:23, 1:23, 30:2
**represent** [2] - 18:2, 24:6
**representing** [1] - 17:24
**requested** [1] - 29:19
**required** [3] - 5:4, 20:1, 21:24
**respect** [1] - 19:5
**responsible** [1] - 17:2
**Reston** [2] - 9:17, 11:9
**result** [1] - 20:25
**return** [1] - 14:2
**revolver** [2] - 26:12, 26:25
**rewarded** [1] - 27:20
**Rhee** [3] - 2:4, 24:1, 24:5
**RHEE** [3] - 2:4, 24:3, 27:19
**Richmond** [1] - 28:18
**RICO** [2] - 12:20, 23:18
**rival** [11] - 4:25, 5:3, 7:15, 8:2, 8:3, 8:21, 9:1, 9:7, 9:17, 9:20
**river** [1] - 25:11
**River** [1] - 25:12
**RIVERA** [3] - 1:6, 1:18, 17:20
**Rivera** [14] - 5:12,

6:15, 10:10, 11:12, 12:2, 15:7, 15:20, 17:24, 18:2, 18:3, 18:5, 18:11, 23:3, 23:24
**RIVERA-LUNA** [3] - 1:6, 1:18, 17:20
**Rivera-Luna** [14] - 5:12, 6:15, 10:10, 11:12, 12:2, 15:7, 15:20, 17:24, 18:2, 18:3, 18:5, 18:11, 23:3, 23:24
**Riverdale** [1] - 8:22
**road** [1] - 26:19
**Robert** [3] - 2:1, 24:5, 24:6
**ROBERT** [1] - 2:2
**Rocky** [1] - 12:13
**RODAS** [3] - 1:6, 2:1, 24:2
**Rodas** [16] - 5:13, 5:23, 6:12, 7:23, 8:4, 8:8, 8:20, 12:21, 15:16, 24:7, 24:13, 24:19, 25:17, 25:19, 27:11, 29:16
**RODAS-RAMIREZ** [3] - 1:6, 2:1, 24:2
**Rodas-Ramirez** [13] - 5:13, 5:23, 7:23, 8:4, 8:8, 8:20, 12:21, 15:16, 24:7, 24:19, 25:17, 27:11, 29:16
**Rodas-Ramirez's** [1] - 6:12
**rode** [1] - 9:3
**role** [1] - 5:11
**Room** [1] - 1:16
**rose** [1] - 11:11
**row** [2] - 5:23, 6:3
**ROX** [1] - 1:15
**ROX-LOVE** [1] - 1:15
**ROYCE** [1] - 1:11
**rule** [5] - 5:5, 5:6, 7:14, 8:20
**rules** [9] - 4:20, 4:24, 5:6, 5:10, 10:5, 10:11, 11:21, 12:4, 13:16

## S

**Sailors** [3] - 8:17, 10:16, 10:21
**saint** [1] - 6:22
**Salvador** [10] - 3:25, 4:1, 4:14, 6:19, 7:2, 10:11, 11:13, 15:13, 21:20, 25:20
**Salvadoran** [2] - 7:9, 24:21
**Sandi** [2] - 2:4, 24:5
**SANDI** [1] - 2:4
**Santos** [7] - 6:22, 7:6, 7:11, 15:8, 15:13, 15:14, 15:20
**sarcastic** [1] - 22:9
**save** [1] - 21:3
**saw** [4] - 9:20, 9:21, 10:23, 13:19
**scene** [2] - 9:11, 24:22
**schedules** [2] - 16:13, 16:14
**screen** [1] - 12:12
**screens** [1] - 5:19
**search** [2] - 14:14, 26:10
**seat** [1] - 17:25
**seated** [4] - 5:13, 17:18, 17:24
**second** [3] - 5:5, 6:1
**Section** [1] - 1:15
**see** [9] - 5:18, 9:8, 12:12, 14:14, 17:13, 18:1, 19:9, 25:25, 28:25
**selection** [1] - 18:24
**selling** [2] - 4:13, 15:12
**sending** [1] - 15:13
**sense** [4] - 12:25, 16:25, 18:15, 29:15
**sent** [2] - 4:14, 7:1
**sentence** [10] - 27:7, 27:8, 27:13, 27:25, 28:8, 28:21, 28:22, 28:24, 29:2
**sentenced** [2] - 14:3, 28:19
**sentences** [2] - 14:5, 27:24
**service** [1] - 19:5
**serving** [2] - 19:6, 19:7
**several** [2] - 4:20, 5:19
**shed** [1] - 26:23
**shifts** [1] - 29:14
**shirt** [4] - 5:24, 6:4, 6:5, 9:4
**shooter** [1] - 25:16
**shooting** [3] - 16:16, 25:3, 26:14
**shootings** [1] - 24:17
**short** [1] - 17:5
**shot** [5] - 8:6, 9:25, 12:14, 13:5, 25:13
**shots** [1] - 8:11
**shoulder** [1] - 9:5
**show** [3] - 23:16, 25:1, 26:16
**shows** [4] - 5:18, 5:19, 11:25
**shred** [1] - 24:18
**side** [1] - 26:18
**sidewalk** [1] - 7:19
**Silver** [1] - 12:12
**simple** [1] - 18:16
**simply** [2] - 16:4, 17:2
**sister** [1] - 8:25
**sister-in-law** [1] - 8:25
**sit** [1] - 19:1
**site** [1] - 16:22
**sits** [1] - 20:9
**sitting** [3] - 5:23, 6:4, 9:23
**sleepy** [1] - 17:14
**small** [1] - 14:22
**smoking** [1] - 10:22
**smuggle** [1] - 15:17
**snapshot** [1] - 25:1
**solely** [2] - 18:4, 29:14
**Solorzano** [5] - 15:7, 15:10, 15:11, 26:7, 27:19
**someone** [4] - 9:1, 12:9, 17:13, 27:1
**someplace** [1] - 25:11
**sometimes** [2] - 4:14, 16:18
**SONJA** [2] - 1:22, 30:8
**Sonja** [2] - 30:2, 30:8
**sort** [1] - 20:13
**source** [1] - 14:21
**speaker** [1] - 6:24
**speaking** [1] - 14:23
**specific** [2] - 21:3, 23:9
**specificity** [1] - 23:21
**spite** [2] - 22:12
**splatter** [1] - 16:3
**spot** [1] - 12:7
**Spring** [1] - 12:12
**stabbed** [2] - 11:4, 13:6
**stabbings** [1] - 24:17
**stand** [3] - 15:23, 18:12, 23:12
**standards** [1] - 20:7
**standing** [1] - 5:1
**start** [2] - 18:6, 19:8
**STATEMENT** [3] - 3:4, 17:20, 24:2
**Statements** [1] - 1:10
**STATES** [2] - 1:1, 1:3
**States** [9] - 1:14, 3:9, 6:18, 7:8, 20:5, 28:1, 28:9, 30:2, 30:5
**stay** [1] - 20:24
**stays** [1] - 17:14
**Stenographic** [1] - 1:25
**stenographic** [1] - 30:3
**still** [3] - 3:12, 7:20, 28:8
**stolen** [1] - 10:13
**stopped** [2] - 8:5, 8:12
**Street** [3] - 1:16, 7:17, 10:3
**street** [5] - 3:20, 3:23, 11:5, 27:5, 27:6
**stress** [1] - 20:3
**structure** [1] - 13:15
**Suite** [2] - 1:19, 2:5
**summer** [1] - 5:20
**supposed** [2] - 5:3, 10:24
**Surenos** [2] - 8:1
**surveillance** [1] - 24:20
**survived** [1] - 10:1
**suspicion** [1] - 20:8
**system** [2] - 19:25, 20:8

## T

**t-shirt** [4] - 5:24, 6:4, 6:5, 9:4
**table** [2] - 9:23, 17:25
**tap** [1] - 21:11
**tasked** [1] - 20:10
**team** [2] - 3:12, 3:14
**ten** [1] - 17:6
**terrible** [1] - 27:9
**testify** [5] - 15:1, 15:22, 25:8, 27:11, 29:1
**testifying** [3] - 14:19, 27:21, 29:10
**testimony** [16] - 14:1, 14:2, 14:7, 14:11, 14:12, 16:20, 16:21, 16:22, 16:23, 21:23, 21:25, 23:11, 23:15, 29:5
**THE** [9] - 1:1, 1:11, 1:14, 3:4, 17:4, 17:10, 17:18, 24:1, 27:17
**theme** [1] - 21:21
**themselves** [2] - 6:10, 9:14
**theory** [1] - 19:21
**thereabouts** [1] - 18:10
**thinks** [1] - 15:18
**third** [1] - 9:21
**thousands** [1] - 25:21
**threatened** [1] - 9:1
**three** [3] - 9:25, 12:10, 25:14
**throughout** [3] - 4:18, 18:24, 20:3
**together** [3] - 5:22, 5:24, 6:25
**TOKIRO** [1] - 1:6
**Tokiro** [4] - 5:13, 8:20, 24:7, 29:16
**took** [6] - 3:1, 6:22, 8:4, 11:3, 11:23, 25:12
**top** [1] - 20:9
**Trafficking** [1] - 1:15
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:10
**transcript** [4] - 3:2, 30:3, 30:3, 30:4
**trial** [6] - 5:11, 17:25, 18:12, 19:3, 22:16, 29:6
**TRIAL** [2] - 1:10
**true** [3] - 22:14, 22:21, 30:3
**trusting** [1] - 12:1
**truth** [1] - 14:9
**try** [3] - 16:17, 19:4, 20:11
**Tuesday** [1] - 1:11
**tunnel** [1] - 28:25
**turn** [1] - 26:6
**turning** [1] - 24:11
**two** [15] - 3:23, 4:24, 5:6, 5:12, 8:22, 9:13, 9:19, 9:20, 11:4, 18:1, 19:15, 19:17, 25:20, 25:25
**typical** [1] - 3:22

## U

**under** [1] - 4:9
**unfolded** [2] - 13:23, 16:4
**Union** [1] - 7:2
**UNITED** [2] - 1:1, 1:3
**United** [9] - 1:14, 3:9,

6:18, 7:8, 20:5, 28:1, 28:9, 30:2, 30:5
**up** [8] - 4:21, 5:16, 8:6, 9:24, 11:2, 11:11, 27:8, 27:17
**Urrutia** [2] - 25:9, 28:11
**Urrutia-Barrera** [2] - 25:9, 28:11
**useful** [1] - 16:4

**V**

**valuable** [1] - 19:4
**various** [1] - 4:2
**varying** [2] - 19:25, 20:7
**verdict** [1] - 23:21
**version** [3] - 20:20, 20:25, 21:4
**versions** [1] - 20:21
**via** [1] - 7:1
**victim** [1] - 25:3
**victims** [3] - 13:5, 13:6, 16:7
**Viejo** [7] - 6:22, 7:6, 7:11, 15:8, 15:13, 15:14, 15:20
**vile** [1] - 22:4
**violating** [1] - 5:10
**violence** [2] - 22:7, 24:10
**violent** [8] - 13:23, 20:22, 22:22, 22:23, 27:23, 28:13, 28:15, 29:8
**Violent** [1] - 1:15
**Virginia** [6] - 2:5, 6:17, 9:17, 18:8, 26:14, 28:19
**visas** [2] - 28:2, 28:6
**vs** [1] - 1:5

**W**

**walk** [2] - 7:22, 27:10
**walked** [2] - 9:7, 11:1
**walking** [4] - 7:19, 7:22, 27:5, 27:6
**wants** [4] - 15:15, 22:11, 25:17, 25:23
**warn** [1] - 16:11
**warrant** [1] - 26:10
**warrants** [1] - 14:14
**Washington** [8] - 1:12, 1:16, 1:20, 1:24, 2:3, 4:7, 16:1, 18:7
**waste** [3] - 26:3, 26:4, 26:5
**ways** [4] - 3:8, 14:13, 20:16
**weakness** [1] - 25:2
**weapon** [3] - 11:21, 11:25, 12:22
**weapons** [2] - 4:15, 4:16
**wearing** [1] - 9:4
**weed** [1] - 10:22
**week** [2] - 28:12, 29:1
**Western** [2] - 4:4, 7:1
**western** [1] - 26:14
**white** [2] - 5:24, 6:4
**wife** [1] - 7:2
**Wilson** [1] - 9:21
**win** [1] - 3:11
**wiretap** [1] - 15:5
**wiretaps** [1] - 16:23
**witness** [12] - 14:11, 14:24, 15:22, 16:15, 16:16, 23:12, 25:8, 26:1, 26:2, 26:9, 26:17, 27:7
**witnesses** [6] - 13:12, 13:17, 13:21, 20:17, 20:22, 21:21
**witnesses'** [2] - 16:13, 29:5
**Wizards** [2] - 3:15
**wooded** [1] - 12:12
**woods** [3] - 12:13, 25:11, 25:13
**word** [2] - 6:1, 6:6
**wore** [3] - 14:22, 14:23
**world** [1] - 4:19
**wounding** [1] - 28:14

**Y**

**year** [6] - 3:11, 3:13, 3:14, 3:16, 11:14, 27:13
**years** [8] - 16:10, 24:12, 25:20, 27:8, 28:20, 28:21, 28:23, 28:25
**York** [1] - 4:8
**young** [3] - 7:18, 9:3, 11:18
**younger** [1] - 6:4
**yourself** [1] - 14:8
**yourselves** [2] - 14:8, 21:2

**Z**

**Zelaya** [4] - 10:8, 10:13, 10:19, 11:14
**Zombie** [3] - 19:19, 25:4, 25:10