CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOISES HUMBERTO RIVERA-LUNA, et al

Civil/Criminal No.: 10cr256-14, -16 (RCL)

**NOTE FROM JURY**

As jury foreman, I wanted to give you an update on jury deliberations. We have reached a verdict on one count; however, discussions have once again stalled. We have one juror [redacted] who has repeatedly stated they are firm on their decisions. This particular juror also stated on the first day that they are comfortable not reaching a consensus. We are unsure how to move forward, as it does not appear we will reach a consensus.

Date: 4/17/24

Time: 3:51 pm