

## PERSONAL INFORMATION

| | |
|---|---|
| **NAME:** | ***MOISES HUMBERTO RIVERA LUNA*** |
| **DUI [ID CARD]:** | *01201508-7* |
| **ALIAS:** | *SANTOS* |
| **AGE:** | *43 YEARS* |
| **MARITAL STATUS:** | *SINGLE / FAMILY SITUATION: DOMESTIC PARTNERSHIP* |
| **PROFESSION / OCCUPATION:** | *MASON* |
| **NATIVE OF:** | *USULUTAN, USULUTAN, EL SALVADOR* |
| **DATE OF BIRTH:** | *7 JULY 1970* |
| **RESIDENCE:** | *URB, PRADOS DE VENECIA 3, PJE. 34, GRUPO 110, CASA # 35, SOYAPANGO, SAN SALVADOR, EL SALVADOR* |
| **TELEPHONE:** | *2259-0557* |

## FAMILY INFORMATION

| | |
|---|---|
| **FATHER:** | *ISRAEL ANTONIO ASCENCIO LUNA* |
| **MOTHER:** | *ANA MARIA RIVERA RIVERA* |
| **SPOUSE:** | *REBECA ANTONIETTE DE RIVERA* |

## CRIMINAL INFORMATION

| | |
|---|---|
| **CRIMINAL ORGANIZATION:** | *MS-13 GANG* |
| **CRIMINAL GROUP:** | *NORMANDIE LOCOS SALVATRUCHOS (NLS)* |
| **POSITION / ROLE:** | ***CORREDOR NACIONAL [NATIONAL RUNNER] (RANFLERO [LEADER])*** |
| **ZONE OF OPERATION:** | *SOYAPANGO, SAN SALVADOR, EL SALVADOR* |

## ADDITIONAL INFORMATION - COMMENTS

- *INCARCERATED IN THE ZACATECOLUCA MAXIMUM SECURITY PRISON.*
- *ARRESTED IN CIUDAD BARRIOS*

## PHYSICAL FEATURES

| | |
|---|---|
| **PHYSICAL BUILD:** | *73 KILOGRAMS [161 POUNDS]* |
| **HEIGHT:** | *1.72 METERS [5 FEET, 7 INCHES]* |
| **SKIN COLOR:** | *DARK* |
| **HAIR TYPE / COLOR:** | *BLACK* |
| **EYE COLOR / SHAPE:** | *BROWN* |
| **SPECIAL FEATURES:** | *NOT RECORDED* |

## RECORD

| DATE | OFFENSES | REMARKS |
|---|---|---|
| *NOT RECORDED* | *MURDER* | *DETENTION* |
| *31 MAY 2004* | *ATTEMPTED MURDER* | *DETENTION* |
| *20 AUG 2005* | *AGGRAVATED MURDER* | *ADMINISTRATIVE DETENTION* |
| *27 JUN 2008* | *UNLAWFUL ASSEMBLY* | *DETENTION* |