UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 10 Cr. 256 (RCL) |
| v. | : | |
| TOKIRO RODAS RAMIREZ | : | |
| Defendant. | : | |

ORDER

Upon consideration of the defendant's Unopposed Motion To Continue the start of the trial in this case from September 14, 2026 until September 16, 2026 and it appearing that there is good cause for the brief continuance, it is this 5th day of August, 2026,

ORDERED, that the motion is granted and the trial of this case shall commence on September 16, 2026.

Royce C. Lamberth

ROYCE C. LAMBERTH
United States District Judge